**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:26-cr-9 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ALEX ALDRICH | ) | Magistrate Judge Steger |

# ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 70] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count One of the thirteen-count Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One of the thirteen-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; (4) order that Defendant remain in custody pending sentencing or further order of this Court. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 70] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count One of the thirteen-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to a lesser-included offense of Count One of the thirteen-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846;
4. Defendant **SHALL** remain in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **February 25, 2027, at 10:00 a.m. Eastern**.

**SO ORDERED.**

*/s/ Charles E. Atchley*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**